**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 112194
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Brianna A. Fuoco, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

AvanteUSA Ltd.,

                Defendant.

Docket No: 2:17-cv-02783-LDW-AKT

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice against the defendant.

Dated: June 6, 2017

                **BARSHAY SANDERS, PLLC**

                By: ___ /s *Craig B. Sanders* ___
                Craig B. Sanders
                100 Garden City Plaza, Suite 500
                Garden City, New York 11530
                Tel. (516) 203-7600
                Email: *ConsumerRights@BarshaySanders.com*
                Our File No: 112194
                *Attorneys for Plaintiff*